**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KEYRA MORGADO FERNANDEZ** | **CIVIL ACTION NO. 6:26-CV-2099**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 18] is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Keyra Morgado Fernandez's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 15th day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE